**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JASON LEVETTE WASHINGTON,<br>Defendant. | Case No. 18-xr-91153-BLF-1<br><br>**ORDER REMANDING CASE FOR LACK OF SUBJECT MATTER JURISDICTION** |

On November 13, 2018, Defendant Jason Levette Washington ("Defendant") filed a Notice of Removal, removing criminal case No. 18-cr-016860 from the Alameda County Superior Court to the Northern District of California under 28 U.S.C. § 1455(a). Not. of Removal, ECF 1. As it must, the Court has reviewed the Notice of Removal to determine whether Defendant has adequately established a basis for subject matter jurisdiction. *See Henderson v. Shinseki*, 562 U.S. 428, 434 (2011) ("[F]ederal courts have an independent obligation to ensure that they do not exceed the scope of their jurisdiction, and therefore they must raise and decide jurisdictional questions that the parties either overlook or elect not to press."); *see also Snell v. Cleveland, Inc.*, 316 F.3d 822, 826 (9th Cir. 2002) ("[A] court may raise the question of subject matter jurisdiction, sua sponte, at any time during the pendency of the action, even on appeal."). Defendant has failed to establish such a basis. The Notice of Removal does not "contain a short plain statement of the grounds for removal," 28 U.S.C. § 1455(a); indeed, it fails to cite any legal or statutory authority whatsoever to support removal of this action. Based on the facts contained in the Notice, the Court is aware of no statute granting it jurisdiction over this removal. *Cf., e.g.*, 28 U.S.C. § 1442 (allowing removal by federal officer or agency defendants); 28 U.S.C. § 1443(1) (allowing for removal of civil-rights, race-based claims).

Accordingly, the Court REMANDS this case to the Alameda County Superior Court for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated: November 14, 2018

_____
BETH LABSON FREEMAN
United States District Judge